IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:20cr52 |
| KEENE L. YOUNG, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

AMENDED PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 6/11/2020 |
| Jury Trial Date | 8/10/2020 |
| Final Pretrial Conference (by telephone) | Monday, 8/3/2020 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 7/13/2020 |
|    Other Motions | 7/27/2020 |
| Discovery Cut-off | 7/31/2020 |
| Speedy Trial Deadline | 8/13/2020 |
| Discovery out – Plaintiff to Defendant | 6/25/2020 |

WALTER H. RICE
UNITED STATES DISTRICT JUDGE