IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:20cr52 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| vs. | : | |
| KEENE L. YOUNG | : | |
| Defendant. | : | |

ENTRY ALLOWING ATTORNEY VISIT BETWEEN TAMARA SACK AND
INMATE, KEENE L. YOUNG

This Court, upon oral motion of newly appointed counsel for defendant (previous counsel, Arthur Mullins, has withdrawn), requests that the Shelby County Jail allow Tamara Sack to consult with inmate, Keene L. Young.

February 23, 2021

*Walter H. Rice* (tp - per Judge Rice authorization after his review)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal
Shelby County Jail