# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:20cr52 |
| **Plaintiff,** | : | **JUDGE WALTER H. RICE** |
| vs. | : | |
| **KEENE YOUNG,** | : | |
| **Defendant.** | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 8/18/2021 |
| Jury Trial Date | 10/12/2021 |
| Final Pretrial Conference (by telephone) | Monday, 10/4/2021 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 9/24/2021 |
|    Other Motions | 9/24/2021 |
| Discovery Cut-off | 10/1/2021 |
| Speedy Trial Deadline | waived by Defendant and by acceptance of 10/12/21 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 United States Code Section 3161 et seq. |
| Discovery out – Plaintiff to Defendant | has been provided |

August 24, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE