\IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20cr52 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| KEENE YOUNG, | : | |
| Defendant. | : | |

## AMENDED PRELIMINARY PRETRIAL ORDER;
## NEW TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | from 10/12/2021 on 10/13/2021 |
| Jury Trial Date | 2/28/2022 |
| Final Pretrial Conference (by telephone) | Tuesday, 2/22/2022 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 12/6/2021 |
|    Other Motions | 2/7/2022 |
| Discovery Cut-off | 2/14/2022 |
| Speedy Trial Deadline | waived by Defendant's motion to continue and acceptance of 2/28/2022 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 United States Code Section 3161 et seq. |

November 4, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE