## \IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20cr52 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| KEENE YOUNG, | : | |
| Defendant. | : | |

## AMENDED PRELIMINARY PRETRIAL ORDER;
## NEW TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | from 2/28/2022 on 2/1/2022 |
| Jury Trial Date | 4/18/2022 |
| Final Pretrial Conference (by telephone) | Tuesday, 4/11/2022 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 3/14/2022 |
|    Other Motions | 3/28/2022 |
| Discovery Cut-off | 4/4/2022 |
| Speedy Trial Deadline | waived by Defendant's oral and written motion for continuance and by acceptance of 4/18/2022 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 United States Code Section 3161 et seq. |
| Discovery out – Plaintiff to Defendant | done |
| Tentative Plea Date | n/a |

February 9, 2022

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE